IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01948-BNB

DANIEL E. MURPHY,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JOSEPH ORTIZ,
PEGGY HEIL,
DON MORTON, and
LARRY TURNER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 0 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING MOTION IN PART

On October 25, 2006, Plaintiff Daniel E. Murphy, also known as Douglas E. Roark, who is proceeding *pro se*, filed a motion to retain confidential identity. In the motion, Plaintiff alleges that in 2003 he was transferred for reasons of personal safety from the Colorado Department of Corrections to the Idaho Department of Corrections (Idaho DOC), where he currently is confined. He alleges that he is known throughout the Idaho DOC only by his alias, Daniel E. Murphy.

Despite the fact that Plaintiff initiated the instant action using his birth name, he seeks to maintain his identity with this Court and with any counsel for defendants solely as Daniel E. Murphy . He also asks that any correspondence be mailed to him under his alias.

Although Plaintiff may proceed under an alias, he may not proceed anonymously. Therefore, the Court will grant the motion to retain confidential identity

insofar as the Court and counsel for the defendants will make good-faith efforts to mail correspondence to Plaintiff in an envelope addressed only to Daniel E. Murphy, Reg. No. 69440, P.O. Box 70010, Boise, ID 83707, with no mention of Plaintiff's birth name. The Court will not allow the Plaintiff to proceed anonymously as Daniel E. Murphy, however, and the court file will continue to reflect both the plaintiff's alias and birth names. Accordingly, it is

ORDERED that the motion to retain confidential identity is granted in part to require that the Court and counsel for the defendants shall make a good-faith effort to mail correspondence to Plaintiff in an enveloped addressed only to Daniel E. Murphy, Reg. No. 69440, P.O. Box 70010, Boise, ID 83707, with no mention of Plaintiff's birth name. It is

FURTHER ORDERED that the case caption shall be modified to delete any reference to the plaintiff's birth name. All future filings shall bear the caption noted above. It is

FURTHER ORDERED that the motion is denied in all other respects.

DATED October 30, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01948-BNB

Daniel E. Murphy
Prisoner No. 69440
ICC - Unit H 105-B
PO Box 70010
Boise, ID 83707

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/30/06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk