IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTION, and
LARRY TURNER,

Defendants.

_____

# ORDER

_____

This matter is before me on the plaintiff's **Motion for Clarification of Factual Issues**
[Doc. #31, filed 6/4/07] (the "Motion").  The defendants filed a motion to dismiss on April 13,
2007 [Doc. #25].  The plaintiff filed his response to the motion on May 3, 2007 [Doc. #29], and
the defendants filed a reply in support of the motion on May 18, 2007 [Doc. #30].  The Motion
does not seek clarification of any factual issues; it is a sur-reply.

The local rules of this court provide that there shall be a motion, a response, and a reply.
D.C.COLO.LCivR 7.1C.  Further briefing is not permitted without leave of court.  The plaintiff
has not sought leave to file a sur-reply, nor does it appear that further briefing is necessary.
Accordingly,

IT IS ORDERED that the plaintiff's Motion for Clarification of Factual Issues is
STRICKEN.

Dated July 11, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge