IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTION, and
LARRY TURNER,

Defendants.
_____

**ORDER**
_____

This matter is before me on a paper filed by the plaintiff entitled **Order for Production of Documents** [Doc. #51, filed 8/21/07] (the "Motion"). The plaintiff requests that the defendants be ordered to produce a copy of an administrative regulation. Accordingly, I construe the Motion as a request for an order to compel the defendants to produce discovery.

The plaintiff filed his Prisoner Complaint on September 29, 2006. The defendants filed a motion to dismiss or for summary judgment on April 13, 2007. This case has not been set for a scheduling conference. Thus, it is premature for the parties to engage in discovery. Fed.R.Civ.P. 26(d).

In addition, the rules of civil procedure permit a party to file a motion to compel only after attempts to obtain discovery pursuant to the appropriate rules of discovery have failed. Fed.R.Civ.P. 37. Therefore, prior to filing any future motions to compel, the plaintiff must first attempt to obtain the discovery pursuant to the rules.

IT IS ORDERED that the Motion is DENIED.

Dated August 27, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge
