IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTION, and
LARRY TURNER,

Defendants.
_____

## ORDER
_____

This matter is before me on the plaintiff's **Motion for Ruling on Court Order** [Doc. #74, filed 10/15/07] (the "Motion"). I construe the Motion as a request pursuant to Fed.R.Civ.P. 60(b) to reconsider my Orders dated August 27, 2007 [Doc. #58] and September 27, 2007 [Doc. #69]. See Quigly v. Rosenthal, 43 F.Supp.2d 1163, 1172 (D. Colo. 1999). The plaintiff does not provide any appropriate basis upon which to reconsider my Orders. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated October 18, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge