IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTION, and
LARRY TURNER,

Defendants.
_____

**ORDER**
_____

This matter is before me on a proposed amended complaint filed by the plaintiff on October 29, 2007 [Doc. #77]. The proposed amended complaint utterly fails to comply with my order dated August 27, 2007 [Doc. #58]. Accordingly,

IT IS ORDERED that the proposed amended complaint is not accepted for filing.

Dated November 7, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge