IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTION, and
LARRY TURNER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Telephonic/Conference Hearing** [Doc. #79, filed 11/14/07] and **Motion to Reargue** [Doc. #82, filed 11/20/07] (the "Motions"). I construe the Motions as requests pursuant to Fed.R.Civ.P. 60(b) to reconsider my orders dated August 27, 2007 [Doc. #58]; September 27, 2007 [Doc. #69]; and November 7, 2007 [Doc. #78]. See Quigly v. Rosenthal, 43 F.Supp.2d 1163, 1172 (D. Colo. 1999). The plaintiff does not provide any appropriate basis upon which to reconsider my orders. Accordingly,

IT IS ORDERED that the Motions are DENIED.

Dated November 27, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge