IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTION, and
LARRY TURNER,

Defendants.
_____

# ORDER
_____

This matter is before me on the following motions:

1. Plaintiff's **Motion to Strike** [Doc. #50, filed 8/21/07], and

2. Defendants' **Motion for Leave to File Amended Reply in Support of Motion to Dismiss** [Doc. #65, filed 9/10/07].

IT IS ORDERED that the defendants' Motion for Leave to File Amended Reply in Support of Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to accept for filing the defendants' Amended Reply in Support of Motion to Dismiss [Doc. #66].

IT IS FURTHER ORDERED that the plaintiff's Motion to Strike is DENIED AS MOOT.

Dated November 27, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge