IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTION, and
LARRY TURNER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions filed by the plaintiff (the "Motions"):

1. **Motion for Assistance of Counsel** [Doc. #88, filed 12/12/07]; and

2. **Motion for Explanation** [Doc. #89, filed 12/14/07].

These Motions are redundant of motions previously filed by the plaintiff. Accordingly,

IT IS ORDERED that the Motions are STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall cease filing redundant motions.

Failure to comply with this order may result in the imposition of sanctions, including dismissal of

this action.

Dated January 23, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge