IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTION, and
LARRY TURNER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions filed by the plaintiff (the "Motions"):

1. **Motion to Present Genuine Issue of Material Fact** [Doc. #93, filed 1/14/08]; and

2. **Motion to Amend Exhibit** [Doc. #96, filed 1/25/08].

On April 13, 2007, the defendants filed a "Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(B)(6) [sic] or for Summary Judgment" [Doc. #25]. By separate recommendation, I have recommended that the defendants' motion be granted in part and denied in part. In so doing, I declined to convert the motion into one for summary judgment. The plaintiff seeks leave to submit exhibits in order to create a genuine issue of material fact.

Because there is no summary judgment motion pending, I DENY to motions as moot.

SO ORDERED.

Dated February 12, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge