IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01948-REB-BNB | Date: February 27, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

DANIEL E. MURPHY,                                           PRO SE by telephone
also known as
Douglas E. Roark

         Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,     Jennifer Hess
JOSEPH ORTIZ,
PEGGY HEIL,
DON MORTON,
LARRY TURNER,
PAUL HOLLENBECK,
MIKE LEEWAYE,

         Defendants.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:      9:00 a.m.

Appearances of counsel.

Court's opening remarks.

Discovery cut-off is: **August 29, 2008**

The dispositive motion deadline is: **September 29, 2008**

The parties shall designate all experts no later than: none

The parties shall designate all rebuttal experts no later than: none

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Pretrial Conference shall be held **November 20, 2008 at 8:30 a.m.** in Courtroom A-401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A proposed Pretrial Order shall be submitted on or before **November 13, 2008**.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

**ORDERED:** **Motion for assistance of counsel by plaintiff filed February 25, 2008; Doc 106 is denied as stated on the record.**

**ORDERED:** **Motion to maintain confidentiality by plaintiff filed February 25, 2008; Doc 107 is denied as stated on the record.**

**ORDERED:** **Motion to clarify factual issue by plaintiff filed February 25, 2008; Doc 108 is denied as stated on the record.**

Court in Recess:	9:17 a.m.	Hearing concluded.

Total time in Court:	00:17

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.