IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTION, and
LARRY TURNER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Present Constitutional Violation and For Assistance of Counsel** [Doc. #117, filed 4/7/08] (the "Motion"). The purpose of the Motion is unclear. The Motion appears to be an attempt by the plaintiff to argue his case. However, there is no dispositive motion or other matter pending at this time.

The plaintiff also seeks appointment of counsel. For the reasons discussed in my Order regarding the plaintiff's motion for counsel filed on March 31, 2008 [Doc. #115], the plaintiff's request for counsel is redundant. Accordingly,

IT IS ORDERED that the Motion is STRICKEN.

Dated May 7, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge