IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTION, and
LARRY TURNER,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Leave to Reply** [docket no. 137, filed September 15, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff may file a reply NO longer than ten (10) pages on or before **September 29, 2008**.


DATED: September 18, 2008