IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTON, and
LARRY TURNER,

Defendants.
_____

# ORDER
_____

This matter is before me on **Plaintiff's Motion to Amend the Complaint** [Doc. # 128, filed 6/20/2008] (the "Motion"). The Motion is GRANTED.

The plaintiff seeks to amend his Complaint to add two new defendants and one new claim. The Federal Rules of Civil Procedure provide that a party may amend a pleading by leave of court, and that leave shall be given freely when justice so requires. Fed.R.Civ.P. 15(a). A motion to amend may be denied on the grounds of undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of amendment. Foman v. Davis, 371 U.S. 178, 182 (1962).

The plaintiff has repeatedly and unsuccessfully attempted to amend his Complaint over the course of this litigation to assert his additional claim. He has finally submitted a proposed amended complaint which complies with my orders and with Rule 8, Fed.R.Civ.P. Although the plaintiff's Motion comes after the close of discovery and just before the dispositive motion

deadline, I do not find any bad faith, dilatory motive, or repeated failure to cure deficiencies by amendments previously allowed. Nor does it appear that the amendment is futile. I find that any prejudice to the defendants can be cured by revisions to the Scheduling Order. <u>Foman v. Davis</u>, 371 U.S. 178, 182 (1962). Accordingly,

       IT IS ORDERED that the Motion is GRANTED.

       IT IS FURTHER ORDERED that the Clerk of the Court is directed to accept the proposed amended complaint for filing.

       Dated September 25, 2008.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge