# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01948-REB-BNB

DANIEL E. MURPHY,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
JOE ORTIZ,
PEGGY HEIL,
DON MORTON, and
LARRY TURNER,

    Defendants.

## ORDER OVERRULING OBJECTIONS UNDER FED. R. CIV. P. 72

**Blackburn, J.**

This matter is before me on the following:1) **Plaintiff's Objection to Magistrate's Order Doc. No. 183** [#187][1] filed May 4, 2009; and 2) **Plaintiff's Objection to Magistrate's Order Doc. No. 189** [#194] filed May 18, 2009.

The plaintiff's objections are subject to review under the standards provided in 28 U.S.C. § 636 (b) and FED. R. CIV. P. 72 (a). Under § 636(b) and Rule 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law." Have reviewed the magistrate judge's orders and the plaintiff's objections. I conclude that the orders of the magistrate judge are not clearly erroneous or contrary to law, and, thus, I overrule the plaintiff's objections.

---

[1] "[#187]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the objections stated in the **Plaintiff's Objection to Magistrate's Order Doc. No. 183** [#187] filed May 4, 2009, are **OVERRULED AND DENIED**; and

2. That the objections stated in the **Plaintiff's Objection to Magistrate's Order Doc. No. 189** [#194] filed May 18, 2009, are **OVERRULED AND DENIED**.

Dated July 2, 2009, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge